Dale Maisano 077877
Arizona State Prison Tucson Winchester
P.O. Box 24407
Tucson, Arizona 85734

1 of 1

In The United States District Court
For The Middle District of Tennessee

RECEIVED
IN CLERK'S OFFICE
FEB 27 2014
U.S. DISTRICT COURT
MID. DIST. TENN.

3:14 mc 590

Dale Maisano,
Plaintiff,
v.
Corizon Health Inc.,
N.P. John Medrzejewski,
Arizona State of, Dir. C.
Ryan, Warden T. Schroeder,
D.W. Linda Vega, CO IV
Hoyt, Defendant(s)

Jury Trial Demanded X 12
42 U.S.C. §§ 1997(e), 1985,
Affordable Healthcare Act, Civil
Rights Act of 1871 As Put Parties,
Under The 8th, 11th & 14th Amends,
Under RICO Violation & Medical
Malpractice

I have bleeding scrotum blisters, I'm afraid I'm going to get an infection. All Defendant(s) are aware and yet fail to Treat/Correct see Estelle V. Gamble see Walmart V. Duke 131 S.Ct. 2541 (2011) This is Torture.

Relief Requested

1. The Affordable Healthcare Act Should Correct This Issue Forthwith
2. From each Defendant, Under The Civil Rights Act of 1871 as Put Parties One Trillion Dollars U.S. Under The Color of State Law RICO Violation Ten Trillion Dollars U.S. This is Not a Joke.
3. See Maisano V. French CV-13-0260 RCC-Tuc - Same Relief as w/in Requested w/in This New Action.

Submitted This 2-24-14       2014 by Dale Maisano

cc See RR # 1 Same

Case 3:14-mc-00590   Document 1   Filed 02/27/14   Page 1 of 2 PageID #: 1

Inmate Dal Maisano 077877
ADC # 077877
Arizona State Prison Complex Tucson
Unit Winchester

Tucson AZ 85734



$ 11.90⁰
02-24-2014
Mailed From 85777
US POSTAGE

Clerk of The U.S. Dist. Ct.
800 U.S. Courthouse
Nashville, Tenn 37203

Legal Mail